**Opinion issued October 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00766-CV

_____

**KEITH PORTER, Appellant**

**V.**

**PATRICIA PORTER, Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-47027**

---

## MEMORANDUM OPINION

Appellant, Keith Porter, appealed from the trial court's final decree of divorce, signed on August 12, 2014. *See* TEX. R. APP. P. 26.1(a)(1). However, appellant has failed to timely file his appellate brief. *See id.* at 38.6(a), 38.8(a)(1). After being notified by the Clerk of this Court on July 7, 2015, that his appeal was

subject to dismissal for failure to timely file his appellate brief, appellant failed to timely respond. *See id.* at 38.8(a)(1), 42.3(c).

Accordingly, we **dismiss** the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.